IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RYAN ANTHNONY BROCATO #250800,)
                         )
       Plaintiff,           )
                         )
 v.                    )    CIVIL ACTION NO. 2:21-CV-20-WHA
                         )
ALABAMA BUREAU OF PARDONS  )
AND PAROLES,             )
                         )
       Defendant.      )

## ORDER

     On March 2, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

    1.  The Recommendation of the Magistrate Judge is ADOPTED.

    2.  This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by this court.

    A separate Final Judgment will be entered.

    DONE this 23rd day of March, 2021.


                  /s/ W. Harold Albritton, III
                CHIEF UNITED STATES DISTRICT JUDGE